IN THE UNITED STATES DISTRICT COURT

cc: RT/PSA/TT

LEK 3|8|19

MARCUS NAGEL

CJVJL

COMPLAINT

Received By Mail
Date  3/4/19 (i

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 04 2019

Mailed On  3/8/19
Date  3/8/19

at 5 o'clock and ∞ min. P. M
SUE BEITIA, CLERK LS

Index No.

LEK

CV19 00113 RT

1  David Warren
2  UBS Financial Services, LLC
3  John Decker
4  Unnamed Legal/Compliance Manager UBS
      Financial Services LLC
5  UBS
6  Unnamed Manager UBS
7  Unnamed Legal/Compliance Manager UBS
8  Merrill Lynch Pierce Fenner & Smith
9  Unnamed Manager Merrill Lynch Pierce
      Fenner & Smith
10  Unnamed Legal/Compliance Manager Merrill
      Lynch Pierce Fenner & Smith
11  Citigroup Global Markets, Inc.
12  Unnamed Manager Citigroup Global Markets,
      Inc.
13  Unnamed Legal/Compliance Manager
      Citigroup Global Markets, Inc.
14  Citigroup, Inc.
15  Unnamed Manager Citigroup, Inc.
16  Unnamed Legal/Compliance Manager
      Citigroup, Inc.

1

17  Financial Industry Regulatory Agency
18  Michele Collins
19  Linda (AKA "Lynda") Ford

20  Unnamed Financial Industry Regulatory Agency
     Manager
21  Ivan Nagel
22  Yvonne Warren
23  Alison Nagel
24  Anna Nagel
25  Zachary Tynan
26  Yvette Kozak
27  Vladimir Kozak Sr
28  Vladimir Kozak
29  Kim Kozak
30  Steven Kozak
31  Mrs Kozak
32  Russell McVeagh
33  Andrew Butler
34  Edwards Clark Dickie
35  John Clark
36  Peter Edwards
37  Robert Spragg
38  Mary Spragg
39  Chapman Tripp
40  Arthur Young
41  Estate of Graham Davy
42  Jan Davy
43  GS Davy e Son, Ltd

44 Unnamed Appraiser Nagel Family Trust
45 Nagel's Creations Ltd
46 John Sander
47 Ellie Sander
48 John Lambie
49 Dale Lambie
50 "Ru Raul" Spragg
51 Merlo Spragg
52 425 Park South Tower Corp.
53 Kreindler Kreindler
54 Mr. Kreindler Sr. Kreindler Kreindler
55 Jean-Benoit Zegers
56 Tamara Romaniuk
57 Saleh
58 Christopher Fyfe
59 Marta Thompson
60 Unnamed Partner Saleh
61 Bruce Fyfe
62 Salvation Army (New Zealand)
63 Dimiti Tynon
64 Charles (AKA "Chuckie") Tynan
65 Herbert Romaniuk
66 State of New York
67 State of New Jersey
68 State of Maryland
69 Commonwealth of Virginia
70 State of California
71 State of Florida

3

72 Unnamed Multistate Securities Licensing Agency
73 Bressler Amery & Ross
74 Unnamed Associate Bressler Amery & Ross
75 Unnamed Partner Bressler Amery & Ross
76 Jack Corde
77 Unnamed Partner of Anna Nagel
78 State of New South Wales
79 Bronwyn Romaniuk
80 Nicholas Romaniuk
81 Verde Group
82 Unnamed Company of Christopher Fyfe
83 Unnamed Company of Bruce Fyfe
84 Unnamed Partner of Bruce Fyfe
85 Rudd Watts
86 Unnamed Solicitor Rudd Watts
87 Unnamed Partner Rudd Watts
88 Marissa Pricelli
89 John Zegers
90 Unnamed Financial Industry Regulatory Agency Arbitrator 1
91 Unnamed Financial Industry Regulatory Agency Arbitrator 2
92 Unnamed Financial Industry Regulatory Agency Arbitrator 3
93 Freshfields
94 Robert Last Name Unknown

4

95 Unnamed Assistant Salah
96 Unnamed Legal Officer UBS Financial Services LLC
97 Unnamed Assistant UBS Financial Services LLC
98 Unnamed Solicitor Freshfields

A) This case falls within Federal Jurisdiction, as Parties are domiciled in different States (Diversity)

B) This case falls within Federal Jurisdiction, as issues and questions in this case are governed by Federal Laws and Statutes, including Racketeering Influenced & Corrupt Organizations Act 1970, FINRA Rules & Regulations, SEC Investment Advisory Rules & Regulations, Securities Exchange Act 1934, Investment Advisers Act 1940, Federal Anti-Money Laundering Regulations, USA PATRIOT Act, USC Criminal Sections, US Treaties, US Wire Fraud / Mail Fraud / Bank Fraud Regulations, etc. (Federal Question)

C) This case falls within Federal Jurisdiction, as the amount in controversy exceeds $75,000.00

D) Issues / Facts: (D = Defendant  P = Plaintiff)

Defendants
1. Committed multiple, repeated breach of trust in

respect of Nagel Family Trust, Matthew Nagel Trust, Frederick Nagel Will Trust

2  Committed deceit, fraud, fraudulent misrepresentation, negligent misrepresentation, conversion, grand larceny, mail fraud, wire fraud, promissory estoppel in respect of Nagel Family Trust, Matthew Nagel Trust, Frederick Nagel Will Trust, Estate of Frederick Nagel, Estate of Eileen Nagel, Nagel's Creations Ltd, Cairns International Ltd, Auckland Confirming Ltd, properties located in or around Mt Roskill, Auckland, New Zealand

3. Breached duties not to profit, of loyalty, honestly, not to conflict interests, to advise beneficiaries

4  Instituted and defended civil proceedings in Auckland, New Zealand without advising or informing Ps

5  Requested, furnished, obtained, reviewed, transmitted discovery in respect of litigation in (4) without advising, informing, distributing, furnishing to Ps

6. Maintained fraudulent trust, corporate, taxation records, accounts to defraud Ps, United States Internal Revenue Service, New Zealand Internal Revenue Department

7  Settled litigation in (4) involving fundamental beneficiary rights without advising, informing Ps

8  Distributed the vast majority of assets in Nagel Family Trust, Matthew Nagel Trust, Frederick

Nagel Will trust and/or wound up aforementioned trusts

9 Undertook to permit attendance of Ps at Judicial Settlement Conference, caused travel/other expenditure in reliance, subsequently barred attendance at Judicial Settlement Conference.

10. Undertook to provide legal representation and financial services and financial advice and access to full trusts litigation discovery, in exchange for not filing separate, additional proceedings in respect of aforementioned trusts; and subsequently breached this agreements and those undertakings by refusing to provide or negligently providing legal representation, financial services, financial advice, access to full trusts litigation discovery.

11. Initiated and maintained a prolonged campaign of defamation against Ps in New York and New Zealand to discredit Ps, silence complaints concerning (1) - (11), obstruct Ps' access to support, services, information, advice.

12. Refused to provide annual financial statements, bank statements, accounts, taxation records, trust statements, corporate records of aforementioned trusts and corporations.

13. Persistently violated and breached Ps' attorney-client privilege, attorney work doctrine, medical privilege.

14. Battered, electronically battered, tortured

used direct/silent communication (hostile) against P - D1, D21, D22, D23, D24, D25, D28, D29, D30, D46, D48, D50, D51, D55, D56, D58, D59, D37, D38 prior to, during, subsequent to FINRA Arbitration 16-0217 to obstruct Ps' prosecution of Arbitration, conceal crimes, torts, violations, breaches in (1) - (14), force suicide of Ps, attempt to murder Ps. in order to file fraudulent wrongful death/survivor claims against State of New York, State of Florida, City of New York, United States of America (US Department of Justice agencies).

15. Facilitated, conspired to commit, acted as accessories in respect of, aided and abetted, solicited, aquiesced in torts, crimes, breaches, violations in (1) - (14) as

a) employers, principals, responsible parties which benefitted financially in the form of assets under management, prospective brokerage clients/accounts, prospective investment advisory

accounts/clients, banking accounts/clients, prospective insurance/annuity accounts/clients, prospective cash management accounts/clients, prospective trusts accounts/clients, prospective institutional/middle markets/high net worth/corporate/business accounts/clients, wrongful death/survivor/tort plaintiff clients/files/matters/representations/negotiations/claims/cases/awards/arbitrations;

b) providers of housing, telecommunications, internet, secretarial, assistant, database, meals, honoraria, computer equipment, telephone equipment, advice, support, electric power, household services, household assets, household executive, emotional/psychological encouragement, vehicles, fuels, insurance, salaries, commissions, spousal income, family/partner consortium

c) attorneys, barristers, solicitors, counsel, bankers, executers, accountants, appraisers, regulators, licensees, CRD maintainers, directors, beneficiaries, trustees, associates, boards of directors, volunteer organizations,

property providers, property managers, governmental supervisors of conduct, registers of property occupier codes of conduct, supervisors, parent companies of affiliates and employees in professional, regulated industries and professions, assistants, secretaries, arbitrators, regulators, enforcement;

— to Ds committing torts, crimes, breaches, violations directly, notably D1, D21, D23, D24, D25, D28, D29, D30, D46, D48, D50, D51, D55, D56, D58, D59, D37, D38, in (1) — (14) and elsewhere in this Complaint.

16. Failed to disclose, report, discipline, supervise, control, record, correct, curb, arrest, indict, sanction, terminate, punish, strike licenses / registrations / practicing certificates / admissions / insurance licenses of D1, and all other Ds including Ds 2 — 98 in relation to torts, crimes, violations, breaches in (1) — (15).

17. Maintained negligent CPD, securities registrations, insurance licensing systems / operations, compliance departments, legal departments, ethics committee policies / procedures, enforcement divisions, inves,

advisory divisions, SEC complaints investigations, customer arbitrations, arbitrator management, law referral systems / policies / procedures, law enforcement referral / systems / policies / procedures.

18. Formed criminal enterprises with common direction, committing predicate felonies including aggravated battery / aggravated assault / attempted murder, fraud, embezzlement, money laundering, securities fraud, with the common purpose of murder, torture, filing of fraudulent wrongful death / survivor claims against State of New York, State of Florida, City of New York, United States of America (US Department of Justice agencies), other municipalities, corporations et al.

19. Obstructed ~ Ps' filing and prosecutors of this and other proceedings by the continued, ongoing torts, crimes, violations, breaches to prevent said filing / prosecution as a specific objective, thereby tolling applicable statutes of limitations.

E) Causes of Action

1. Assault
2. Battery
3. False Imprisonment
4. Malicious Prosecution
5. Defamation
6. Intentional Infliction of Emotional Distress
7. Negligent Infliction of Emotional Distress
8. Abuse of Authority
9. Negligence
10. Strict Liability
11. Tortious Interference with Contract
12. RICO Violations
13. Violation of Civil Rights
14. Violation of Constitutional Rights
15. Invasion of Privacy
16. Public Disclosure of Private Facts
17. Intimidation
18. Loss of Consortium
19. Loss of Income
20. Unlawful Harassment
21. Unlawful Discrimination
22. Unlawful Retaliation
23. Fraud
24. Fraudulent Misrepresentation
25. Negligent Misrepresentation
26. Qui Tam

F) Relief Requested:

1  Compensatory Damages $10,000,000.00
2  Punitive Damages $5,000,000.00
3  Injunctive Relief
4  Declaratory Relief
5  Criminal Referrals
6  Attorney's Fees
7  Court Costs
8  Other Relief as Court deems fit.

G) Certification:

Plaintiff(s) affirm and attest that the contents of this Complaint, and all documents attached, enclosed, incorporated, exhibited hereto, are true and accurate; that Federal Court Rules and laws have been complied in connection with this Complaint and referenced documents; and that all private and/or personal information has been redacted in this Complaint and referenced documents.

Marus Najet                    February 8, 2019
                               Plaintiff

CAUSES OF ACTION (CONTINUED)

27. Conspiracy
28. Attempt
29. USC Criminal Violations
30. US Treaty Violations
31. Violation of Human Rights
32. Cruel & Unusual Punishment
33. Breach of Privilege (Attorney Client)
34. Breach of Attorney Work Doctrine
35. Agent Liability
36. Vicarious Liability
37. Statutory Liability
38. Breach of Trust
39. Deceit
40. FINRA Rules Violations
41. SEC IA Rules Violations
42. Failure to Supervise
43. Conversion
44. Trespass to Land
45. Trespass to Chattels
46. Official Misconduct
47. Perjury
48. Abuse of Litigation
49. Breach of Duty
50. Abuse of Discretion
51. Failure to Supervise
52. AML Violations
53. Bank Fraud
54. State Securities Rules Violations

55. Facilitation

56. Solicitation

H) Names and Addresses of Parties:

1. Morris Nagel, Plaintiff
   6/10 Taie.e Terrace
   Onehunga, Auckland 1061
   New Zealand
   + 64 - 22 - 562 - 1569
   + 1 - 917 - 275 - 1320
   + 1 - 949 - 633 - 4074
   mkn7 @ georgetown, edu
   mnagelny @ yahoo. com
   drshirleynagel @ aol. com

1. David Warren
   Defendant 1
   733 Broadway, Apt 9
   New York, NY 10003
   917 - 375 - 3009
   david. warren @ ubs. com

2. UBS Financial Services, LLC
   Defendant 2
   1285 Ave of the Americas
   16 - 20 Fl
   New York, NY 10019

   legal @ ubs. com

3. John Decker
   Defendant 3
   UBS Financial Services, LLC
   1285 Ave of the Americas
   16 - 20 Fl
   New York, NY 10019

   john. decker @ ubs. com

4. Unnamed Legal/Compliance
   Manger UBS Financial
   Services, LLC
   Defendant 4
   UBS Financial Services, LLC
   1285 Ave of the Americas
   16-20 Fl
   New York, NY 10019

7. Unnamed Legal/Compliance
   Manager UBS
   Defendant 7

5. UBS
   Defendant 5

8. Merrill Lynch Pierce
   Fenner & Smith
   Defendant 8

6. Unnamed Manager UBS
   Defendant 6

9. Unnamed Manager Merrill
   Lynch Pierce Fenner &
   Smith
   Defendant 9

10. Unnamed Legal / Compliance
Manager Merrill Lynch
Pierce Fenner & Smith
Defendant 10

11. Citigroup Global Markets,
Inc.
Defendant 11

12. Unnamed Manager Citigroup
Global Markets, Inc
Defendant 12

13. Unnamed Legal / Compliance
Manager Citigroup Global
Markets, Inc.
Defendant 13

14. Citigroup, Inc.
Defendant 14

15. Unnamed Manager
Citigroup, Inc.
Defendant 15

16.

Manager Citigroup, Inc.
Defendant 16

Ford
Defendant 19

17. Financial Industry
Regulatory Agency
Defendant 17

20. Unnamed Financial
Industry Regulatory
Agency Manager
Defendant 20

18. Michele Collins
Defendant 18

21. Ivan Nagy
Defendant 21
108/30 James Cook Cres.
Remuera, Auckland 1050
New Zealand
+64-9-529-2200
+64-9-638-3520
ivan @ sophiepink.co.nz
inagel99 @ gmail.com

22. Noune Warren
Defendant 22
1246 Sandspit Rd RD2
Workworth Area
New Zealand

david.warren @ ubs.com
john.decker @ ubs.com

23. Alison Nagel
Defendant 23
108/30 James Cook Cres
Remvera, Auckland 1050
New Zealand
+64 - 9 - 529 - 2200
+64 - 9 - 638 - 3520
Allienives @ gmail.com
iven @ sophiepink.co.nz

24. Anna Nagel
Defendant 24

Wollengong, NSW
Australia

anagel7 @ hotmail.com

25. Zachary Tynon
Defendant 25

Berkeley NSW
Australia

john.decker @ ubs.com

26. Yvette Kozak
Defendant 26

New Zealand

27. Vladimir Kozak sr
Defendant 27

New Zealand

28. Vladimir Kozak
Defendant 28
Victoria Ave
Remvera, Auckland
New Zealand

29. Kim Kozak
    Defendant 29
       Victoria Ave
    Remuera, Auckland
    New Zealand

32. Russell McVeagh
    Defendant 32


    New Zealand

30. Steven Kozak
    Defendant 30

33. Andrew Butler
    Defendant 33
    Russell McVeagh

    Wellington
    New Zealand

31. Mrs Kozak
    Defendant 31

34. Edwards Clark Dickie
    Defendant 34


    Auckland
    New Zealand

35. John Clark
Defendant 35

Remuera, Auckland
New Zealand

36. Peter Edwards
Defendant 36

New Zealand

37. Robert Spragg
Defendant 37
425 Park Ave S., Apt 18C
New York, NY 10016
212-685-7849
rspragg@kreindler.com

38. Mary Spragg
Defendant 38

39. Chapman Tripp
Defendant 39

Auckland
New Zealand

40. Arthur Young
Defendant 40

41. Estate of Graham Davy
Defendant 41
6 Castle Drive
Epsom, Auckland
New Zealand

42. Jon Davy
Defendant 42
6 Castle Drive
Epsom, Auckland
New Zealand.

43. GS Davy e Son
Defendant 43

          Auckland
New Zealand

44. Unnamed Appraiser
Nagel Family Trust
Defendant 44

          Auckland
New Zealand

45. Nagel's Creations Ltd
Defendant 45

          Auckland
New Zealand

46.
Defendant 46
Mauku Rd
Mauku
New Zealand

47. Ellie Sander
Defendant 47
Mauku Rd
Mauku
New Zealand

48. John Lambie
Defendant 48
    Lambie Drive
Mongere, Auckland
New Zealand

49. Dole Lambie
Defendant 49
    Lambie Drive
Mongere, Auckland
New Zealand

50. Patrick Spragg
    Defendant 50

51. Mario Spragg
    Defendant 51

52. 425 Park South Tower Corp.
    Defendant 52
    425 Park Ave S.
    Lobby Level
    New York, NY 10016
    212- 685- 7849
    425parkavesouth @ gmail. com

53. Kreindler Kreindler
    Defendant 53
    750 Third Ave
    New York, NY 10017

54. Mr. Kreindler, Sr.
    Defendant 54

    Kreindler Kreindler
    750 Third Ave
    New York, NY 10017

    rspragg @ kreindler. com

55. Sean-Benoit Zegers
    Defendant 55

    Riyadh
    Saudi Arabia

56. Tamara Romenivk
    Defendant 56

    Howick, Auckland
    New Zealand

57. Salah
    Defendant 57

    Riyadh
    Saudi Arabia

58. Christopher Fyfe
Defendant 58
1246 Sandspit Rd RD2
Warkworth Area
New Zealand.
Due to.
john.decker@ubs.com

59. Marta Thompsen
Defendant 59
350 Chambers St
Apt A
New York, NY 10003
917-375-3009
david.warren@ubs.com
john.decker@ubs.com

60. Unknowod Partner Salah
Defendant 60
Salah

Riyadh
Saudi Arabia

61. Bruce Fyfe
Defendant: 61

Auckland
New Zealand

62. Salvation Army (New
Zealand)
Defendant 62

New Zealand.

63. Dimili Tynon
Defendant 63
Berkeley, NSW
Australia

64. Charles (AKA "Chuckie")
Tynan
Defendant 64
Berkeley, NSW
Australia.

65. Horhort Romanivk
Defendant 65
Auckland
New Zealand

66. State of New York
Defendant 66

, NY 1

67. State of New Jersey
Defendant 67

, NJ 0

68. State of Maryland
Defendant 68

, MD

69. Commonwealth of Virginia
Defendant 69

, VA 2

70. State of California
Defendant 70

, CA 9

71. State of Florida
Defendant 71

, FL 3

72. Unnamed Multistate
Securities Licensing
Agency
Defendant 72

,

73. Bressler Amery & Ross
Defendant 73

New York, NY 100

74. Unnamed Associate
Bressler Amery & Ross
Defendant 74
Bressler Amery & Ross

New York, NY 100

75. Unnamed Partner
Bressler Amery e Ross
Defendant   75

Bressler Amery Ross

New York, NY 10

76. Jack Carde
Defendant 76

Wanganui
New Zealand

77. Unnamed Partner
of Anna Nagel
Defendant 77

Sydney, NSW
Australia

78. State of New South
Wales
Defendant 78

Sydney, NSW
Australia

79 Bronwyn Romaniuk
Defendant 79

Auckland,
New Zealand

80 Nicholas Romaniuk
Defendant 80
Bassett Rd
Remvero, Auckland
New Zealand

81. Verde Group
    Defendant 81.

Auckland
New Zealand
Attn: Vladimir Kozak


82. Unnamed Company of
    Christopher Fyfe
    Defendant 82
    1246 Sandspit Rd   RD2
    Workworth  Area
    New Zealand

    david. warren @ ubs. com
    john. decker @ ubs. com


83. Unnamed Company of
    Bruce   Fyfe
    Defendant 83

            , Auckland
    New Zealand
    Attn: Bruce Fyfe

    david, warren @ ubs. com
    john. decker @ ubs. com


84. Unnamed Partner of
    Bruce Fyfe
    Defendant 84

                , Auckland
        New Zealand

    david. warren @ ubs. com
    john. decker @ ubs. com

85. Rudd Watts
    Defendant 85

    Auckland
    New Zealand


86. Unnamed Solicitor
    Rudd Watts
    Defendant 86

87. Unnamed Partner
Rudd Watts
Defendant 87

88. Marissa Pirce
Defendant 88

Bassett Rd
Remvera, Auckland
New Zealand

89. John Zegers
Defendant 89

90. Unnamed Financial
Industry Regulatory
Agency Arbitrator 1
Defendant 90

91. Unnamed Financial
Industry Regulatory
Agency Arbitrator 2
Defendant 91

92. Unnamed Financial
Industry Regulatory
Agency Arbitrator 3
Defendant 92

93. Freshfields
    Defendant 93

96. Unnamed Legal Officer
    UBS Financial Services LLE
    Defendant 96

94. Robert Last Name Unknown
    Defendant 94

97. Unnamed Assistant UBS
    Financial Services LLC
    Defendant 97

95. Unnamed Assistant Salah
    Defendant 95

98. Unnamed Solicitor
    Freshfields
    Defendant 98